**FORM NOA** (Notice of Assets and Deadline to File Proof of Claim)

# NOTICE OF ASSETS AND DEADLINE TO FILE PROOF OF CLAIM

U.S. Bankruptcy Court
402 East State Street
Trenton, NJ 08608
Telephone number: 609−858−9333

Honorable Christine M. Gravelle, U.S. Bankruptcy Judge

| **CASE NUMBER:** 17−11766−CMG | **DATE FILED::** 1/31/17 |
|---|---|
| In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address): Sharon Sacks xxx−xx−6657 | ADDRESS OF DEBTOR(S): 14 Hamilton Drive East Brunswick, NJ 08816 |
| DEBTOR'S ATTORNEY: Robert C. Nisenson Robert C. Nisenson, LLC 10 Auer Court Suite E East Brunswick, NJ 08816 (732) 238−8777 | TRUSTEE: Barry Frost Barry W. Frost, Chapter 7 Trustee 3131 Princeton Pike Suite 110 Building 5 Lawrenceville, NJ 08648 609−890−1500 |

    It appeared from the schedules when this case was filed that there were no assets from which dividends could be paid to creditors as indicated on the Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors and Deadlines.

    It now appears that the payment of a dividend may be possible. Pursuant to Bankruptcy Rule 3002(c)(5), the last day for filing claims is fixed as:

6/1/17

Government Units are allowed 180 days from the date of order for relief, or the above date, whichever is later. 11 U.S.C. §502(b)(9)

Except as otherwise provided by law, in order to share in any payment from the estate, a creditor must file a proof of claim by the date set forth above. The place to file the proof of claim is the office of the Clerk of the Bankruptcy Court.

A Proof of Claim is a signed statement describing a creditor's claim. A Proof of Claim form ("Official Form B 410") can be obtained at the United States Courts Web site: (http://www.uscourts.gov/forms/bankruptcy−forms) or at any bankruptcy clerk's office. You may also contact the Clerk's Office where this case is pending to request that a Proof of Claim form be mailed to you. The Clerk's Office telephone number is included on the front of this Notice. A secured creditor retains rights in its collateral regardless of whether that creditor files a Proof of Claim. If you do not file a Proof of Claim by the last day to file a proof of claim listed on the front side, you might not be paid any money on your claim from other assets in the bankruptcy case. To be paid you must file a Proof of Claim even if your claim is listed in the schedules filed by the debtor. Filing a Proof of Claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a Proof of Claim may surrender important nonmonetary rights, including the right to a jury trial. Filing Deadline for a Creditor with a Foreign Address: The deadlines for filing claims set forth on the front of this notice apply to all creditors. If this notice has been mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline.

    **IF A CLAIM WAS PREVIOUSLY SUBMITTED, IT IS NOT NECESSARY TO FILE ANOTHER ONE.**

| | |
|---|---|
| Dated: March 3, 2017 | FOR THE COURT Jeanne Naughton, Clerk |

FORM NOA Rev. 5/2016

United States Bankruptcy Court
District of New Jersey

In re:  
Sharon Sacks  
      Debtor

Case No. 17-11766-CMG  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin    Page 1 of 2    Date Rcvd: Mar 03, 2017  
                        Form ID: noa    Total Noticed: 27

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 05, 2017.

```
db            +Sharon Sacks,    14 Hamilton Drive,    East Brunswick, NJ 08816-2709
aty           +Law Firm of Brian W. Hofmeister, LLC,    3131 Princeton Pike,    Bldg. 5, Suite 110,
                Lawrenceville, NJ 08648-2201
516617863     +Bankamerica,    4909 Savarese Cir,    Tampa, FL 33634-2413
516617874     +Nationstar Mortgage LLC,    8950 Cypress Waters Blvd,    Coppell, TX 75019-4620
516617875     +Nissan Motor Acceptance Corp/Infinity Lt,    Nmac/Attn: Bankruptcy,    Po Box 660360,
                Dallas, TX 75266-0360
516617877      Norris, McLaughlin, Marcus, P.A.,    721 Route 202-206,    Suite 200,    P.O. Box 5933,
                Bridgewater, NJ 08807-5933
516617878     +Northland Group,    P.O. Box 390905,    Minneapolis, MN 55439-0905
516617879      Phillips & Cohen Associates, Ltd.,    Mail Stop: 848,    1004 Justison Street,
                Wilmington, DE 19801-5148
516617880     +Selip & Stylianou, LLP,    10 Forest Ave,    PO Box 914,    Paramus, NJ 07653-0914
516617881     +Synchorny Bank/ QVC,    Attn: Bankruptcy,    PO Box 103104,    Orlando, FL 32896-0001
516617886     +The Bureaus Inc,    650 Dundee Rd,    Ste 370,    Northbrook, IL 60062-2757
516617887     +Visa Dept Store National Bank,    c/o  Philips & Cohen Associates, Ltd,    Attn: Bankruptcy,
                Po Box 8053,    Mason, OH 45040-8053
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg            E-mail/Text: usanj.njbankr@usdoj.gov Mar 03 2017 23:25:05      U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 03 2017 23:25:03      United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                Newark, NJ 07102-5235
516617861     +EDI: BANKAMER.COM Mar 03 2017 23:13:00      Bank Of America,    Nc4-105-03-14,    Po Box 26012,
                Greensboro, NC 27420-6012
516617866      EDI: CAPITALONE.COM Mar 03 2017 23:13:00      Capital One,    P.O Box 85619,
                Richmond, VA 23285-5619
516617865     +EDI: CAPITALONE.COM Mar 03 2017 23:13:00      Capital One,    Po Box 30285,
                Salt Lake City, UT 84130-0285
516617868     +EDI: CHASE.COM Mar 03 2017 23:13:00      Chase Card,    Attn: Correspondence,    Po Box 15298,
                Wilmington, DE 19850-5298
516617869     +EDI: WFNNB.COM Mar 03 2017 23:13:00      Comenity Capital Bank/HSN,    Po Box 182125,
                Columbus, OH 43218-2125
516617870     +EDI: WFNNB.COM Mar 03 2017 23:13:00      Comenitybank/venus,    Comenity Bank,    Po Box 182125,
                Columbus, OH 43218-2125
516617871     +EDI: DISCOVER.COM Mar 03 2017 23:13:00      Discover Financial,    Po Box 3025,
                New Albany, OH 43054-3025
516617872      EDI: IRS.COM Mar 03 2017 23:13:00      IRS,    PO Box 7346,    Philadelphia, PA 19101-7346
516617876     +E-mail/Text: bnc@nordstrom.com Mar 03 2017 23:24:32      Nordstrom/td,    Po Box 13589,
                Scottsdale, AZ 85267-3589
516617882     +EDI: RMSC.COM Mar 03 2017 23:13:00      Synchrony Bank/ TJX,    PO Box 965064,
                Orlando, FL 32896-5064
516617883     +EDI: RMSC.COM Mar 03 2017 23:13:00      Synchrony Bank/Care Credit,    Po Box 965064,
                Orlando, FL 32896-5064
516617884     +EDI: RMSC.COM Mar 03 2017 23:13:00      Synchrony Bank/Sams Club,    c/o Selip & Stylianou, LLP,
                Po Box 965064,    Orlando, FL 32896-5064
516617885     +EDI: TDBANKNORTH.COM Mar 03 2017 23:13:00      TD Bank, N.A.,    Attn: Bankruptcy,
                32 Chestnut St,    Lewiston, ME 04240-7799
                                                                                               TOTAL: 15
```

```
               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516617862*    +Bank Of America,    Nc4-105-03-14,    Po Box 26012,    Greensboro, NC 27420-6012
516617864*    +Bankamerica,    4909 Savarese Cir,    Tampa, FL 33634-2413
516617867*     Capital One,    P.O. Box 30285,    Salt Lake City, UT 84130-0285
516617873*     IRS,    PO Box 7346,    Philadelphia, PA 19101-7346
                                                                                  TOTALS: 0, * 4, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 05, 2017                                           Signature:   /s/Joseph Speetjens

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: Mar 03, 2017
                              Form ID: noa             Total Noticed: 27
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 3, 2017 at the address(es) listed below:
              Andrew M. Lubin    on behalf of Creditor    Bank of America, N.A. bkecf@milsteadlaw.com,
               alubin@milsteadlaw.com
              Barry Frost    trustee@teichgroh.com, NJ94@ecfcbis.com
              Denise E. Carlon    on behalf of Creditor    U.S. Bank National Association, as Trustee for Banc of
               America Funding 2009-FT1 Trust, Mortgage Pass-Through Certificates, Series 2009-FT1
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Robert C. Nisenson    on behalf of Debtor Sharon  Sacks rnisenson@aol.com,
               nisensonlaw@aol.com;G2729@notify.cincompass.com;nisensonlaw@gmail.com
              U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
              William M.E. Powers, III    on behalf of Creditor    Bank of America, N.A. ecf@powerskirn.com
                                                                                                 TOTAL: 6
```