UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

---

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

LAW FIRM OF BRIAN W. HOFMEISTER, LLC
By: Brian W. Hofmeister, Esq.
3131 Princeton Pike, Bldg. 5, Suite 110
Princeton, New Jersey  08648
(609) 890-1500
(609) 890-6961 - fax
bwh@hofmeisterfirm.com
Attorneys for Barry W. Frost, Chapter 7 Trustee

**Order Filed on March 13, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

SHARON SACKS

| | |
|---|---|
| Case No.: | 17-11766 |
| Chapter: | 7 |
| Judge: | CMG |

## ORDER AUTHORIZING RETENTION OF

## LAW FIRM OF BRIAN W. HOFMEISTER, LLC

The relief set forth on the following page is **ORDERED**.

**DATED: March 13, 2017**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

Upon the applicant's request for authorization to retain  Law Firm of Brian W. Hofmeister, LLC

as  Attorney for Barry W. Frost, Chapter 7 Trustee , it is hereby ORDERED:

1.      The applicant is authorized to retain the above party in the professional capacity noted.

        The professional's address is:    3131 Princeton Pike

                                          Bldg. 5, Suite 110

                                          Lawrenceville, NJ  08648

2.      Compensation will be paid in such amounts as may be allowed by the Court on proper

        application(s).

3.      If the professional requested a waiver as noted below, it is ☐ Granted  ☐ Denied.

        ☐  Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

        ☐  Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter

        13 case. Payment to the professional may only be made after satisfactory completion of

        services.

4.      The effective date of retention is the date the application was filed with the Court.

*rev.8/1/15*

2

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 17-11766-CMG
Sharon Sacks                                                        Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin          Page 1 of 1          Date Rcvd: Mar 13, 2017
                             Form ID: pdf903       Total Noticed: 1


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 15, 2017.
db              +Sharon Sacks,   14 Hamilton Drive,   East Brunswick, NJ 08816-2709

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                          TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 15, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 13, 2017 at the address(es) listed below:
          Andrew M. Lubin    on behalf of Creditor   Bank of America, N.A. bkecf@milsteadlaw.com,
           alubin@milsteadlaw.com
          Barry  Frost    trustee@teichgroh.com,  NJ94@ecfcbis.com
          Brian W. Hofmeister    on behalf of Trustee Barry  Frost bwh@hofmeisterfirm.com
          Denise E. Carlon    on behalf of Creditor   U.S. Bank National Association, as Trustee for Banc of
           America Funding 2009-FT1 Trust, Mortgage Pass-Through Certificates, Series 2009-FT1
           dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
          Robert C. Nisenson    on behalf of Debtor Sharon  Sacks rnisenson@aol.com,
           nisensonlaw@aol.com;G2729@notify.cincompass.com;nisensonlaw@gmail.com
          U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
          William M.E. Powers, III    on behalf of Creditor   Bank of America, N.A. ecf@powerskirn.com
                                                                          TOTAL: 7