UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:  Sharon Sacks,

Case No.: 17-11766
Chapter: 7
Judge: CMG

### NOTICE OF PROPOSED ABANDONMENT

On 3/10/17, Barry W. Frost, Chapter 7 Trustee in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk: Clarkson S. Fisher U.S. Courthouse - 402 East State Street - Trenton, New Jersey, 08608

If an objection is filed, a hearing will be held before the Honorable Christine M. Gravelle on April 11, 2017 at 10 a.m. at the United States Bankruptcy Court, Courtroom no. 3. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property: 14 Hamilton Drive, East Brunswick, NJ - $375,000

Liens on property: $354,000

Amount of equity claimed as exempt: $21,000

Objections must be served on, and requests for additional information directed to:

Name: Barry W. Frost
Address: 3131 Princeton Pike, Building 5, Suite 110, Lawrenceville, NJ 08648
Telephone No.: 609-890-1500

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 17-11766-CMG
Sharon Sacks                                                          Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3           User: admin              Page 1 of 2              Date Rcvd: Mar 13, 2017
                               Form ID: pdf905          Total Noticed: 30

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 15, 2017.
```
db           +Sharon Sacks,    14 Hamilton Drive,    East Brunswick, NJ 08816-2709
aty          +Law Firm of Brian W. Hofmeister, LLC,    3131 Princeton Pike,    Bldg. 5, Suite 110,
               Lawrenceville, NJ 08648-2201
r           #+Orrico Realty,    415 State Highway 34,    Colts Neck, NJ 07722-2523
acc          +Speed Financial Services,    99 Morris Ave.,    Springfield, NJ 07081-1421
516617861    +Bank Of America,    Nc4-105-03-14,    Po Box 26012,    Greensboro, NC 27420-6012
516617863    +Bankamerica,    4909 Savarese Cir,    Tampa, FL 33634-2413
516617866     Capital One,    P.O Box 85619,    Richmond, VA 23285-5619
516617865    +Capital One,    Po Box 30285,    Salt Lake City, UT 84130-0285
516617868    +Chase Card,    Attn: Correspondence,    Po Box 15298,    Wilmington, DE 19850-5298
516617869    +Comenity Capital Bank/HSN,    Po Box 182125,    Columbus, OH 43218-2125
516617870    +Comenitybank/venus,    Comenity Bank,    Po Box 182125,    Columbus, OH 43218-2125
516617874    +Nationstar Mortgage LLC,    8950 Cypress Waters Blvd,    Coppell, TX 75019-4620
516617875    +Nissan Motor Acceptance Corp/Infinity Lt,    Nmac/Attn: Bankruptcy,    Po Box 660360,
               Dallas, TX 75266-0360
516617877     Norris, McLaughlin, Marcus, P.A.,    721 Route 202-206,    Suite 200,    P.O. Box 5933,
               Bridgewater, NJ 08807-5933
516617878    +Northland Group,    P.O. Box 390905,    Minneapolis, MN 55439-0905
516617879     Phillips & Cohen Associates, Ltd.,    Mail Stop: 848,    1004 Justison Street,
               Wilmington, DE 19801-5148
516617880    +Selip & Stylianou, LLP,    10 Forest Ave,    PO Box 914,    Paramus, NJ 07653-0914
516617881    +Synchorny Bank/ QVC,    Attn: Bankruptcy,    PO Box 103104,    Orlando, FL 32896-0001
516617886    +The Bureaus Inc,    650 Dundee Rd,    Ste 370,    Northbrook, IL 60062-2757
516617887    +Visa Dept Store National Bank,    c/o Philips & Cohen Associates, Ltd,    Attn: Bankruptcy,
               Po Box 8053,    Mason, OH 45040-8053

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg           E-mail/Text: usanj.njbankr@usdoj.gov Mar 13 2017 23:49:40      U.S. Attorney,    970 Broad St.,
               Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 13 2017 23:49:36      United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
               Newark, NJ 07102-5235
516690151     E-mail/Text: mrdiscen@discover.com Mar 13 2017 23:48:36      Discover Bank,
               Discover Products Inc,    PO Box 3025,    New Albany, OH  43054-3025
516617871    +E-mail/Text: mrdiscen@discover.com Mar 13 2017 23:48:36      Discover Financial,    Po Box 3025,
               New Albany, OH 43054-3025
516617872     E-mail/Text: cio.bncmail@irs.gov Mar 13 2017 23:49:08      IRS,    PO Box 7346,
               Philadelphia, PA 19101-7346
516617876    +E-mail/Text: bnc@nordstrom.com Mar 13 2017 23:48:56      Nordstrom/td,    Po Box 13589,
               Scottsdale, AZ 85267-3589
516617882    +E-mail/PDF: gecsedi@recoverycorp.com Mar 13 2017 23:52:10      Synchrony Bank/ TJX,
               PO Box 965064,    Orlando, FL 32896-5064
516617883    +E-mail/PDF: gecsedi@recoverycorp.com Mar 13 2017 23:46:31      Synchrony Bank/Care Credit,
               Po Box 965064,    Orlando, FL 32896-5064
516617884    +E-mail/PDF: gecsedi@recoverycorp.com Mar 13 2017 23:46:32      Synchrony Bank/Sams Club,
               c/o Selip & Stylianou, LLP,    Po Box 965064,    Orlando, FL 32896-5064
516617885    +E-mail/Text: bankruptcy@td.com Mar 13 2017 23:49:42      TD Bank, N.A.,    Attn: Bankruptcy,
               32 Chestnut St,    Lewiston, ME 04240-7799
                                                                                              TOTAL: 10

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516617862*   +Bank Of America,    Nc4-105-03-14,    Po Box 26012,    Greensboro, NC 27420-6012
516617864*   +Bankamerica,    4909 Savarese Cir,    Tampa, FL 33634-2413
516617867*    Capital One,    P.O. Box 30285,    Salt Lake City, UT 84130-0285
516617873*    IRS,    PO Box 7346,    Philadelphia, PA 19101-7346
                                                                                   TOTALS: 0, * 4, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

```
District/off: 0312-3          User: admin                 Page 2 of 2              Date Rcvd: Mar 13, 2017
                              Form ID: pdf905             Total Noticed: 30
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 15, 2017                                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 10, 2017 at the address(es) listed below:
              Andrew M. Lubin    on behalf of Creditor    Bank of America, N.A. bkecf@milsteadlaw.com,
               alubin@milsteadlaw.com
              Barry Frost     trustee@teichgroh.com, NJ94@ecfcbis.com
              Brian W. Hofmeister    on behalf of Trustee Barry  Frost bwh@hofmeisterfirm.com
              Denise E. Carlon    on behalf of Creditor    U.S. Bank National Association, as Trustee for Banc of
               America Funding 2009-FT1 Trust, Mortgage Pass-Through Certificates, Series 2009-FT1
               dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Robert C. Nisenson    on behalf of Debtor Sharon  Sacks rnisenson@aol.com,
               nisensonlaw@aol.com;G2729@notify.cincompass.com;nisensonlaw@gmail.com
              U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
              William M.E. Powers, III    on behalf of Creditor    Bank of America, N.A. ecf@powerskirn.com
                                                                                            TOTAL: 7
```