UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

LAW FIRM OF BRIAN W. HOFMEISTER, LLC
By: Brian W. Hofmeister, Esq.
3131 Princeton Pike
Building 5, Suite 110
Lawrenceville, New Jersey  08648
(609) 890-1500
(609) 890-6961 - fax
bwh@hofmeisterfirm.com
Attorneys for Chapter 7 Trustee

Order Filed on March 16, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

SHARON SACKS

Case No.:  17-11766

Chapter:  7

Judge:  CMG

**ORDER AUTHORIZING RETENTION OF**

Orrico Realty

The relief set forth on the following page is **ORDERED**.

**DATED: March 16, 2017**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

Upon the applicant's request for authorization to retain _____Orrico Realty_____

as _____realtor_____, it is hereby ORDERED:

1. The applicant is authorized to retain the above party in the professional capacity noted. The professional's address is:  Orrico Realty
   415 Highway 34
   Colts Neck, NJ 07722

2. Compensation will be paid in such amounts as may be allowed by the Court on proper application(s).

3. If the professional requested a waiver as noted below, it is ☐ Granted   ☐ Denied.

   ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

   ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

4. The effective date of retention is the date the application was filed with the Court.

*rev.8/1/15*

2

United States Bankruptcy Court
District of New Jersey

In re:                                                                          Case No. 17-11766-CMG
Sharon Sacks                                                                    Chapter 7
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin          Page 1 of 1           Date Rcvd: Mar 16, 2017
                         Form ID: pdf903      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 18, 2017.
db             +Sharon Sacks,    14 Hamilton Drive,    East Brunswick, NJ 08816-2709

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 18, 2017                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 16, 2017 at the address(es) listed below:
      Andrew M. Lubin    on behalf of Creditor    Bank of America, N.A. bkecf@milsteadlaw.com,
       alubin@milsteadlaw.com
      Barry   Frost    trustee@teichgroh.com, NJ94@ecfcbis.com
      Brian W. Hofmeister    on behalf of Trustee Barry   Frost bwh@hofmeisterfirm.com
      Denise E. Carlon    on behalf of Creditor    U.S. Bank National Association, as Trustee for Banc of
       America Funding 2009-FT1 Trust, Mortgage Pass-Through Certificates, Series 2009-FT1
       dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
      Robert C. Nisenson    on behalf of Debtor Sharon   Sacks rnisenson@aol.com,
       nisensonlaw@aol.com;G2729@notify.cincompass.com;nisensonlaw@gmail.com
      U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
      William M.E. Powers, III    on behalf of Creditor    Bank of America, N.A. ecf@powerskirn.com
                                                                                                 TOTAL: 7