UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| In re: | Case no.: | 17-11766 |
| Sharon Sacks | Chapter: | 7 |
| | Judge: | Gravelle |
| Debtor(s) | | |

### CERTIFICATION OF NO OBJECTION

I ____Gary A. Nau____, Deputy Clerk hereby certify that there have been no objections filed relative to the Notice of Proposed:

☒ Abandonment

☐ Public Sale

☐ Private Sale

☐ Settlement of Controversy

☐ Auctioneer Compensation

Description of Property (if applicable):
14 Hamilton Drive, East Brunswick, NJ.

JEANNE A. NAUGHTON, Clerk

Date: 4/5/2017         By: Gary A. Nau

*rev.2/10/17*