**Information to identify the case:**

| Debtor 1 | Sharon Sacks | Social Security number or ITIN | xxx–xx–6657 |
| | First Name  Middle Name  Last Name | EIN | __–_____ |
| Debtor 2 (Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN | ____ |
| | | EIN | __–_____ |
| United States Bankruptcy Court | District of New Jersey | | |
| Case number: | 17–11766–CMG | | |

# Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Sharon Sacks

<u>5/4/17</u>                              **By the court:** <u>Christine M. Gravelle</u>
                                                   United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

```
                          United States Bankruptcy Court
                              District of New Jersey
In re:                                                         Case No. 17-11766-CMG
Sharon Sacks                                                   Chapter 7
        Debtor
                              CERTIFICATE OF NOTICE
District/off: 0312-3          User: admin              Page 1 of 2            Date Rcvd: May 04, 2017
                              Form ID: 318             Total Noticed: 34


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 06, 2017.
db             +Sharon Sacks,    14 Hamilton Drive,    East Brunswick, NJ 08816-2709
aty            +Law Firm of Brian W. Hofmeister, LLC,    3131 Princeton Pike,    Bldg. 5, Suite 110,
                 Lawrenceville, NJ 08648-2201
cr             +Nissan Infiniti LT,    Stewart Zlimen Jungers Ltd,    2277 Highway 36 W,    Ste 100,
                 Roseville, MN 55113-3896
acc            +Speed Financial Services,    99 Morris Ave.,    Springfield, NJ 07081-1421
516778558       Bank of America, N.A.,    Bank of America,    P.O. Box 31785,    Tampa, FL 33631-3785
516731710       Bank of America, N.A.,    PO Box 31785,    Tampa, FL 33631-3785
516617863      +Bankamerica,    4909 Savarese Cir,    Tampa, FL 33634-2413
516617874      +Nationstar Mortgage LLC,    8950 Cypress Waters Blvd,    Coppell, TX 75019-4620
516617875      +Nissan Motor Acceptance Corp/Infinity Lt,    Nmac/Attn: Bankruptcy,    Po Box 660360,
                 Dallas, TX 75266-0360
516617877       Norris, McLaughlin, Marcus, P.A.,    721 Route 202-206,    Suite 200,    P.O. Box 5933,
                 Bridgewater, NJ 08807-5933
516727391      +Norris, McLaughlin & Marcus, P.A.,    400 Crossing Boulevard, 8th Floor,
                 Bridgewater, NJ 08807-2863
516617878      +Northland Group,    P.O. Box 390905,    Minneapolis, MN 55439-0905
516617879       Phillips & Cohen Associates, Ltd.,    Mail Stop: 848,    1004 Justison Street,
                 Wilmington, DE 19801-5148
516617880      +Selip & Stylianou, LLP,    10 Forest Ave,    PO Box 914,    Paramus, NJ 07653-0914
516617881      +Synchorny Bank/ QVC,    Attn: Bankruptcy,    PO Box 103104,    Orlando, FL 32896-0001
516617886      +The Bureaus Inc,    650 Dundee Rd,    Ste 370,    Northbrook, IL 60062-2757
516617887      +Visa Dept Store National Bank,    c/o Philips & Cohen Associates, Ltd,    Attn: Bankruptcy,
                 Po Box 8053,    Mason, OH 45040-8053

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov May 04 2017 22:47:29     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 04 2017 22:47:22     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
516617861      +EDI: BANKAMER.COM May 04 2017 22:23:00      Bank Of America,    Nc4-105-03-14,    Po Box 26012,
                 Greensboro, NC 27420-6012
516617866       EDI: CAPITALONE.COM May 04 2017 22:23:00      Capital One,    P.O Box 85619,
                 Richmond, VA 23285-5619
516617865      +EDI: CAPITALONE.COM May 04 2017 22:23:00      Capital One,    Po Box 30285,
                 Salt Lake City, UT 84130-0285
516723142       EDI: CAPITALONE.COM May 04 2017 22:23:00      Capital One Bank (USA), N.A.,    PO Box 71083,
                 Charlotte, NC 28272-1083
516617868      +EDI: CHASE.COM May 04 2017 22:23:00      Chase Card,    Attn: Correspondence,    Po Box 15298,
                 Wilmington, DE 19850-5298
516617869      +EDI: WFNNB.COM May 04 2017 22:23:00      Comenity Capital Bank/HSN,    Po Box 182125,
                 Columbus, OH 43218-2125
516617870      +EDI: WFNNB.COM May 04 2017 22:23:00      Comenitybank/venus,    Comenity Bank,    Po Box 182125,
                 Columbus, OH 43218-2125
516690151       EDI: DISCOVER.COM May 04 2017 22:23:00      Discover Bank,    Discover Products Inc,
                 PO Box 3025,    New Albany, OH 43054-3025
516617871      +EDI: DISCOVER.COM May 04 2017 22:23:00      Discover Financial,    Po Box 3025,
                 New Albany, OH 43054-3025
516617872       EDI: IRS.COM May 04 2017 22:23:00     IRS,    PO Box 7346,    Philadelphia, PA 19101-7346
516617876      +E-mail/Text: bnc@nordstrom.com May 04 2017 22:46:47     Nordstrom/td,    Po Box 13589,
                 Scottsdale, AZ 85267-3589
516617882      +EDI: RMSC.COM May 04 2017 22:23:00      Synchrony Bank/ TJX,    PO Box 965064,
                 Orlando, FL 32896-5064
516617883      +EDI: RMSC.COM May 04 2017 22:23:00      Synchrony Bank/Care Credit,    Po Box 965064,
                 Orlando, FL 32896-5064
516617884      +EDI: RMSC.COM May 04 2017 22:23:00      Synchrony Bank/Sams Club,    c/o Selip & Stylianou, LLP,
                 Po Box 965064,    Orlando, FL 32896-5064
516617885      +EDI: TDBANKNORTH.COM May 04 2017 22:23:00      TD Bank, N.A.,    Attn: Bankruptcy,
                 32 Chestnut St,    Lewiston, ME 04240-7799
                                                                                               TOTAL: 17

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516617862*     +Bank Of America,    Nc4-105-03-14,    Po Box 26012,    Greensboro, NC 27420-6012
516617864*     +Bankamerica,    4909 Savarese Cir,    Tampa, FL 33634-2413
516617867*      Capital One,    P.O. Box 30285,    Salt Lake City, UT 84130-0285
516617873*      IRS,    PO Box 7346,    Philadelphia, PA 19101-7346
r             ##+Orrico Realty,    415 State Highway 34,    Colts Neck, NJ 07722-2523
                                                                                      TOTALS: 0, * 4, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: May 04, 2017
                              Form ID: 318             Total Noticed: 34
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 06, 2017                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 4, 2017 at the address(es) listed below:

```
          Andrew M. Lubin    on behalf of Creditor    Bank of America, N.A. bkecf@milsteadlaw.com,
           alubin@milsteadlaw.com
          Barry  Frost    trustee@teichgroh.com, NJ94@ecfcbis.com
          Brian W. Hofmeister    on behalf of Trustee Barry  Frost bwh@hofmeisterfirm.com
          Denise E. Carlon    on behalf of Creditor    U.S. Bank National Association, as Trustee for Banc of
           America Funding 2009-FT1 Trust, Mortgage Pass-Through Certificates, Series 2009-FT1
           dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
          Robert C. Nisenson    on behalf of Debtor Sharon  Sacks rnisenson@aol.com,
           nisensonlaw@aol.com;G2729@notify.cincompass.com;nisensonlaw@gmail.com
          U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
          William M.E. Powers, III    on behalf of Creditor    Bank of America, N.A. ecf@powerskirn.com
                                                                                             TOTAL: 7
```