UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:                                    Case No.:          17-11766

SHARON SACKS                              Chapter:              7

                                          Judge:              CMG

---

### NOTICE OF PROPOSED PRIVATE SALE

_____ Barry W. Frost _____, __ Chapter 7 Trustee __, in this case proposes to sell property of the estate to the persons and on the terms described below. If you object to the sale, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party listed below not later than 7 days before the hearing date.

Address of the Clerk:  402 East State Street
                       Trenton, New Jersey 08608

If an objection is filed, a hearing will be held before the Honorable _____ Christine M. Gravelle _____ on _____ June 13, 2017 _____ at __ 10 __ a.m. at the United States Bankruptcy Court, courtroom no. __ 3 __, _____ 402 East State Street, Trenton, NJ  08608 _____. (Hearing date must be at least 28 days from the date of this notice). If no objection to the sale is filed, the clerk will enter a Certification of No Objection and the sale will be held as proposed.

Description of property to be sold:   Estate's 1/3 interest in 48 Ellen Street, New Brunswick, New Jersey

Proposed Purchaser:   Manuel Cerda and Lennox Cerda

Sale price:  gross sale price is $245,000.00. Estate to receive 33 1/3% of net sale proceeds in the sum of approximately $53,000 less adjustments, costs of sale and reimbursements.

☒ Pursuant to D.N.J. LBR 6004-5, I request to pay the real estate broker and/or real estate attorney at closing on the terms set forth below.

Name of Professional:  Orrico Realty

Amount to be paid:    $12,250.00

Services rendered:    marketing of the property and garnered an offer from the Buyers to purchase the estate's interest in the Property

Higher and better offers will be received. They must be in writing and filed with the clerk not later than 7 days before the hearing date set forth above.

Objections must be served on, and requests for additional information directed to:

Name:                Brian W. Hofmeister

Address:            3131 Princeton Pike, Building 5, Suite 110, Lawrenceville, NJ 08648

Telephone No.:   609-890-1500

*rev.8/1/15*

2

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 17-11766-CMG
Sharon Sacks                                                          Chapter 7
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3            User: admin              Page 1 of 2            Date Rcvd: May 17, 2017
                               Form ID: pdf905          Total Noticed: 35

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 19, 2017.
```
db          +Sharon Sacks,   14 Hamilton Drive,   East Brunswick, NJ 08816-2709
aty         +Law Firm of Brian W. Hofmeister, LLC,   3131 Princeton Pike,   Bldg. 5, Suite 110,
             Lawrenceville, NJ 08648-2201
cr          +Nissan Infiniti LT,   Stewart Zlimen Jungers Ltd,   2277 Highway 36 W,   Ste 100,
             Roseville, MN 55113-3896
acc         +Speed Financial Services,   99 Morris Ave.,   Springfield, NJ 07081-1421
516617861   #+Bank Of America,   Nc4-105-03-14,   Po Box 26012,   Greensboro, NC 27420-6012
516778558    Bank of America, N.A.,   Bank of America,   P.O. Box 31785,   Tampa, FL 33631-3785
516731710    Bank of America, N.A.,   Po Box 31785,   Tampa, FL 33631-3785
516617863   +Bankamerica,   4909 Savarese Cir,   Tampa, FL 33634-2413
516617866    Capital One,   P.O Box 85619,   Richmond, VA 23285-5619
516617865   +Capital One,   Po Box 30285,   Salt Lake City, UT 84130-0285
516723142    Capital One Bank (USA), N.A.,   PO Box 71083,   Charlotte, NC 28272-1083
516617868   +Chase Card,   Attn: Correspondence,   Po Box 15298,   Wilmington, DE 19850-5298
516617869   +Comenity Capital Bank/HSN,   Po Box 182125,   Columbus, OH 43218-2125
516617870   +Comenitybank/venue,   Comenity Bank,   Po Box 182125,   Columbus, OH 43218-2125
516828755    Department Store National Bank,   c/o Quantum3 Group LLC,   PO Box 657,
             Kirkland, WA 98083-0657
516617874   +Nationstar Mortgage LLC,   8950 Cypress Waters Blvd,   Coppell, TX 75019-4620
516617875   +Nissan Motor Acceptance Corp/Infinity Lt,   Nmac/Attn: Bankruptcy,   Po Box 660360,
             Dallas, TX 75266-0360
516617877    Norris, McLaughin, Marcus, P.A.,   721 Route 202-206,   Suite 200,   P.O. Box 5933,
             Bridgewater, NJ 08807-5933
516727391   +Norris, McLaughlin & Marcus, P.A.,   400 Crossing Boulevard, 8th Floor,
             Bridgewater, NJ 08807-2863
516617878   +Northland Group,   P.O. Box 390905,   Minneapolis, MN 55439-0905
516617879    Phillips & Cohen Associates, Ltd.,   Mail Stop: 848,   1004 Justison Street,
             Wilmington, DE 19801-5148
516617880   +Selip & Stylianou, LLP,   10 Forest Ave,   PO Box 914,   Paramus, NJ 07653-0914
516617881   +Synchorny Bank/ QVC,   Attn: Bankruptcy,   PO Box 103104,   Orlando, FL 32896-0001
516617886   +The Bureaus Inc,   650 Dundee Rd,   Ste 370,   Northbrook, IL 60062-2757
516617887   +Visa Dept Store National Bank,   c/o  Philips & Cohen Associates, Ltd,   Attn: Bankruptcy,
             Po Box 8053,   Mason, OH 45040-8053
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg          E-mail/Text: usanj.njbankr@usdoj.gov May 17 2017 22:20:43   U.S. Attorney,   970 Broad St.,
             Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 17 2017 22:20:41   United States Trustee,
             Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
             Newark, NJ 07102-5235
516690151    E-mail/Text: mrdiscen@discover.com May 17 2017 22:19:58   Discover Bank,
             Discover Products Inc,   PO Box 3025,   New Albany, OH  43054-3025
516617871   +E-mail/Text: mrdiscen@discover.com May 17 2017 22:19:58   Discover Financial,   Po Box 3025,
             New Albany, OH 43054-3025
516617872    E-mail/Text: cio.bncmail@irs.gov May 17 2017 22:20:13   IRS,   PO Box 7346,
             Philadelphia, PA 19101-7346
516617876   +E-mail/Text: bnc@nordstrom.com May 17 2017 22:20:08   Nordstrom/td,   Po Box 13589,
             Scottsdale, AZ 85267-3589
516617882   +E-mail/PDF: gecsedi@recoverycorp.com May 17 2017 22:16:00   Synchrony Bank/ TJX,
             PO Box 965064,   Orlando, FL 32896-5064
516617883   +E-mail/PDF: gecsedi@recoverycorp.com May 17 2017 22:16:00   Synchrony Bank/Care Credit,
             Po Box 965064,   Orlando, FL 32896-5064
516617884   +E-mail/PDF: gecsedi@recoverycorp.com May 17 2017 22:16:00   Synchrony Bank/Sams Club,
             c/o Selip & Stylianou, LLP,   Po Box 965064,   Orlando, FL 32896-5064
516617885   +E-mail/Text: bankruptcy@td.com May 17 2017 22:20:45   TD Bank, N.A.,   Attn: Bankruptcy,
             32 Chestnut St,   Lewiston, ME 04240-7799
                                                                              TOTAL: 10
```

```
      ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516617862*  +Bank of America,   Nc4-105-03-14,   Po Box 26012,   Greensboro, NC 27420-6012
516617864*  +Bankamerica,   4909 Savarese Cir,   Tampa, FL 33634-2413
516617867*  +Capital One,   P.O. Box 30285,   Salt Lake City, UT 84130-0285
516617873*   IRS,   PO Box 7346,   Philadelphia, PA 19101-7346
r           ##+Orrico Realty,   415 State Highway 34,   Colts Neck, NJ 07722-2523
                                                              TOTALS: 0, * 4, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: May 17, 2017
                             Form ID: pdf905           Total Noticed: 35
```

                    ***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 19, 2017                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 12, 2017 at the address(es) listed below:
              Andrew M. Lubin    on behalf of Creditor    Bank of America, N.A. bkecf@milsteadlaw.com,
               alubin@milsteadlaw.com
              Barry  Frost    trustee@teichgroh.com,  NJ94@ecfcbis.com
              Brian W. Hofmeister    on behalf of Trustee Barry  Frost bwh@hofmeisterfirm.com
              Denise E. Carlon    on behalf of Creditor    U.S. Bank National Association, as Trustee for Banc of
               America Funding 2009-FT1 Trust, Mortgage Pass-Through Certificates, Series 2009-FT1
               dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
              Robert C. Nisenson    on behalf of Debtor Sharon  Sacks rnisenson@aol.com,
               nisensonlaw@aol.com;G2729@notify.cincompass.com;nisensonlawg@gmail.com
              U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
              William M.E. Powers, III    on behalf of Creditor    Bank of America, N.A. ecf@powerskirn.com
                                                                                  TOTAL: 7