UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In re: : Case no.: 17-11766

Sharon Sacks : Chapter: 7

: Judge: Gravelle

Debtor(s) :

**CERTIFICATION OF NO OBJECTION**

I _____Gary A. Nau_____, Deputy Clerk hereby certify that there have been no objections filed relative to the Notice of Proposed:

- ☐ Abandonment
- ☐ Public Sale
- ☒ Private Sale
- ☐ Settlement of Controversy
- ☐ Auctioneer Compensation

Description of Property (if applicable):
48 Ellen Street, New Brunswick, New Jersey

JEANNE A. NAUGHTON, Clerk

Date: 6/7/2017      By: Gary A. Nau

*rev.2/10/17*