UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

LAW FIRM OF BRIAN W. HOFMEISTER, LLC
By: Brian W. Hofmeister, Esq.
3131 Princeton Pike
Building 5, Suite 110
Lawrenceville, New Jersey  08648
(609) 890-1500
(609) 890-6961 - fax
bwh@hofmeisterfirm.com
Attorneys for Chapter 7 Trustee

Order Filed on July 12, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

SHARON SACKS

Case No.: 17-11766

Chapter 7

Judge: CMG

**ORDER APPROVING THE SALE OF THE ESTATE'S INTEREST IN CERTAIN REAL PROPERTY LOCATED AT 48 ELLEN STREET, NEW BRUNSWICK, NEW JERSEY, FREE AND CLEAR OF ALL LIENS, CLAIMS, INTERESTS AND ENCUMBRANCES PURSUANT TO 11 U.S.C. §§ 105(a), 323(a), AND 363(b), (f), (h) and (m) and 541(a); WAIVING THE FOURTEEN (14) DAY STAY PROVIDED BY FED. R. BANKR. P. 6004; AND GRANTING RELATED RELIEF**

The relief set forth on the following pages, numbered two (2) through three (3) is hereby **ORDERED**.

**DATED: July 12, 2017**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

Debtor: Sharon Sacks

Case No: 17-11766 (CMG)

Caption of Order: Order Approving the Sale of the Estate's Interest in Certain Real Property Located at 48 Ellen Street, New Brunswick, New Jersey, Free and Clear of All Liens, Claims, Interests and Encumbrances Pursuant to 11 U.S.C. §§ 105(a), 323(a), and 363(b), (f), (h) and (m) and 541(a); Waiving the Fourteen (14) Day Stay Provided by Fed. R. Bankr. P. 6004; and Granting Related Relief

---

Upon the Motion[1] of Barry W. Frost, Chapter 7 Trustee (the "Trustee") for the estate of Sharon Sacks, the Chapter 7 Debtor (the"Debtor"), by and through his counsel, Law Firm of Brian W. Hofmeister, LLC, and the Application filed in support of the Motion, seeking entry of an Order Approving the Sale of the Estate's Interest in Certain Real Property located at 48 Ellen Street, New Brunswick, New Jersey, Free and Clear of All Liens, Claims, Interests and Encumbrances Pursuant to 11 U.S.C. §§ 105(a), 323(a), and 363(b), (f), (h) and (m) and 541(a); Waiving the Fourteen (14) Day Stay Provided by Fed. R. Bankr. P. 6004; and Granting Related Relief for authorization to sell the real property commonly known as 48 Ellen Street, New Brunswick, New Jersey (the "Property"); and the Court finding that: (i) it has jurisdiction over the matters raised in the Motion pursuant to 28 U.S.C. §§ 157 and 1334; and (ii) this is a core proceeding pursuant to 28 U.S.C. §157(b)(2); (iii) the relief requested in the Motion is in the best interest of the Debtor's estate and its creditors; (iv) adequate notice of the Motion and the hearing thereon has been given and that no other or further notice is necessary; and (v) upon the record herein, afer due deliberation thereon, good and sufficient cause exists for the granting of the relief as set forth herein;

**IT IS** hereby **ORDERED** as follows:

1. The Trustee's Motion be and is hereby granted in its entirety.

2. The agreement of sale (the "Agreement of Sale"), attached to the Application as Exhibit "A", be and is hereby approved in its entirety.

3. The Trustee be and is hereby authorized to sell the estate's interest in the Property to the Buyers, for the aggregated sum of $245,000.00 for the entire Property, free and clear of all liens, claims, interests and encumbrances pursuant to Section 464(b), (f), (h) and (m) of the Bankruptcy Code (the "Sale").

4. The City of New Brunswick Tax Collector shall receive at the time of closing on the Sale of the Property the payment of any and all outstanding real estate taxes.

5. The real estate brokers' commission shall be paid at the time of closing on the Sale.

---

[1] Unless otherwise defined herein, all capitalized terms shall have the meaning ascribed to them in the Application.

Debtor: Sharon Sacks

Case No: 17-11766 (CMG)

Caption of Order: Order Approving the Sale of the Estate's Interest in Certain Real Property Located at 48 Ellen Street, New Brunswick, New Jersey, Free and Clear of All Liens, Claims, Interests and Encumbrances Pursuant to 11 U.S.C. §§ 105(a), 323(a), and 363(b), (f), (h) and (m) and 541(a); Waiving the Fourteen (14) Day Stay Provided by Fed. R. Bankr. P. 6004; and Granting Related Relief

6. The Trustee's Sale of the estate's interest in the Property is "AS IS" and "WHERE IS" without any representation(s) of any kind as to the condition or title.

7. The Sale as set forth above shall be defined as the "Transaction" herein.

8. The stay provisions under Bankruptcy Rule 6004(g) be and is hereby waived and, therefore, not applicable to this Sale.

9. The Trustee is authorized to execute any and all documents necessary to effectuate the Transaction set forth herein, including, without limitation, a Trustee's Deed to convey the estate's interest in the Property.

10. The Buyers are deemed to be good faith purchasers pursuant to 11 U.S.C. §363(m).

11. The Transaction was negotiated, proposed and entered into by the parties without collusion, in good faith and at arm's length bargaining position.

12. The Sale of the estate's interest in the Property is in the best interest of the creditors and the estate.

13. The closing shall take place in accordance with the terms of the Agreement of Sale.

14. At the closing of the Sale, the Trustee shall make payment of all necessary closing costs and the realtors' commissions, the out of pocket costs advanced by Sheila Boro, taxes and fees allocable and in connection with the Sale from the gross sale proceeds.

15. At closing of the Sale, all valid liens, claims or encumbrances against the Estate's interest in the Property shall attach to the proceeds of the Sale.

16. The Debtor and Non-Debtor Co-Owner, Ellen Street Associates, LLC, are directed to cooperate with the Trustee and to execute any and all documents necessary to effectuate the Sale to the Buyers.

17. The sale of the Property is pursuant to an Order of the United States Bankruptcy Court.

18. The Non-Debtor Co-Owner of the Property, Ellen Street Associates, LLC, hereby consents to the Sale Transaction pursuant to 11 U.S.C. §363(f) and (h).