Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

        Case No.: 17−11766−CMG
        Chapter: 7
        Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Sharon Sacks
   14 Hamilton Drive
   East Brunswick, NJ 08816

Social Security No.:
   xxx−xx−6657

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Christine M. Gravelle on:

Date:     9/19/17
Time:    02:00 PM
Location:  Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

for the purpose of acting on applications for compensation. Attendance by creditors is welcome, but not required.

The following applications for compensation have been filed:

APPLICANT(S)
Brian W. Hofmeister, LLC, Trustee's Attorney

COMMISSION OR FEES
Fees: $15,469.50

EXPENSES
$373.63

Creditors may be heard before the applications are determined.

In accordance with D.N.J. Local Bankruptcy Rule 2016−1(d), appearances are not required on applications for compensation unless objections are filed. Objections shall be filed and served no later than seven (7) days prior to the scheduled hearing date (D.N.J. LBR 2016−1(h)).

Dated: August 22, 2017
JAN: mrg

                                    Jeanne Naughton
                                    Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 17-11766-CMG
Sharon Sacks                                                              Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin               Page 1 of 2          Date Rcvd: Aug 22, 2017
                              Form ID: 137              Total Noticed: 36

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 24, 2017.
```
db             +Sharon Sacks,   14 Hamilton Drive,   East Brunswick, NJ 08816-2709
aty            +Law Firm of Brian W. Hofmeister, LLC,   3131 Princeton Pike,   Bldg. 5, Suite 110,
                 Lawrenceville, NJ 08648-2201
cr             +Nissan Infiniti LT,   Stewart Zlimen Jungers Ltd,   2277 Highway 36 W,   Ste 100,
                 Roseville, MN 55113-3896
acc            +Speed Financial Services,   99 Morris Ave.,   Springfield, NJ 07081-1421
516617861     #+Bank Of America,   Nc4-105-03-14,   Po Box 26012,   Greensboro, NC 27420-6012
516778558      Bank of America, N.A.,   Bank of America,   P.O. Box 31785,   Tampa, FL 33631-3785
516731710      Bank of America, N.A.,   PO Box 31785,   Tampa, FL 33631-3785
516617863     +Bankamerica,   4909 Savarese Cir,   Tampa, FL 33634-2413
516617866      Capital One,   P.O Box 85619,   Richmond, VA 23285-5619
516617865     +Capital One,   Po Box 30285,   Salt Lake City, UT 84130-0285
516723142      Capital One Bank (USA), N.A.,   PO Box 71083,   Charlotte, NC  28272-1083
516617868     +Chase Card,   Attn: Correspondence,   Po Box 15298,   Wilmington, DE 19850-5298
516617869     +Comenity Capital Bank/HSN,   Po Box 182125,   Columbus, OH 43218-2125
516617870     +Comenitybank/venus,   Comenity Bank,   Po Box 182125,   Columbus, OH 43218-2125
516828755      Department Store National Bank,   c/o Quantum3 Group LLC,   PO Box 657,
                 Kirkland, WA  98083-0657
516617874     +Nationstar Mortgage LLC,   8950 Cypress Waters Blvd,   Coppell, TX 75019-4620
516617875     +Nissan Motor Acceptance Corp/Infinity Lt,   Nmac/Attn: Bankruptcy,   Po Box 660360,
                 Dallas, TX 75266-0360
516617877      Norris, McLaughlin, Marcus, P.A.,   721 Route 202-206,   Suite 200,   P.O. Box 5933,
                 Bridgewater, NJ 08807-5933
516727391     +Norris, McLaughlin & Marcus, P.A.,   400 Crossing Boulevard, 8th Floor,
                 Bridgewater, NJ 08807-2863
516617878     +Northland Group,   P.O. Box 390905,   Minneapolis, MN 55439-0905
516617879      Phillips & Cohen Associates, Ltd.,   Mail Stop: 848,   1004 Justison Street,
                 Wilmington, DE 19801-5148
516617880     +Selip & Stylianou, LLP,   10 Forest Ave,   PO Box 914,   Paramus, NJ 07653-0914
516617881     +Synchorny Bank/ QVC,   Attn: Bankruptcy,   PO Box 103104,   Orlando, FL 32896-0001
516617886     +The Bureaus Inc,   650 Dundee Rd,   Ste 370,   Northbrook, IL 60062-2757
516617887     +Visa Dept Store National Bank,   c/o Philips & Cohen Associates, Ltd,   Attn: Bankruptcy,
                 Po Box 8053,   Mason, OH 45040-8053
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Aug 22 2017 23:13:46     U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 22 2017 23:13:42     United States Trustee,
                 Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
516690151       E-mail/Text: mrdiscen@discover.com Aug 22 2017 23:13:04     Discover Bank,
                 Discover Products Inc,   PO Box 3025,   New Albany, OH  43054-3025
516617871      +E-mail/Text: mrdiscen@discover.com Aug 22 2017 23:13:04     Discover Financial,   Po Box 3025,
                 New Albany, OH 43054-3025
516617872       E-mail/Text: cio.bncmail@irs.gov Aug 22 2017 23:13:14     IRS,   PO Box 7346,
                 Philadelphia, PA 19101-7346
516617876      +E-mail/Text: bnc@nordstrom.com Aug 22 2017 23:13:12     Nordstrom/td,   Po Box 13589,
                 Scottsdale, AZ 85267-3589
516847234      +E-mail/PDF: gecsedi@recoverycorp.com Aug 22 2017 23:20:20     Synchrony Bank,
                 c/o PRA Receivables Management, LLC,   PO Box 41021,   Norfolk VA 23541-1021
516617882      +E-mail/PDF: gecsedi@recoverycorp.com Aug 22 2017 23:19:46     Synchrony Bank/ TJX,
                 PO Box 965064,   Orlando, FL 32896-5064
516617883      +E-mail/PDF: gecsedi@recoverycorp.com Aug 22 2017 23:19:46     Synchrony Bank/Care Credit,
                 Po Box 965064,   Orlando, FL 32896-5064
516617884      +E-mail/PDF: gecsedi@recoverycorp.com Aug 22 2017 23:19:46     Synchrony Bank/Sams Club,
                 c/o Selip & Stylianou, LLP,   Po Box 965064,   Orlando, FL 32896-5064
516617885       E-mail/Text: bankruptcy@td.com Aug 22 2017 23:13:50     TD Bank, N.A.,   Attn: Bankruptcy,
                 32 Chestnut St,   Lewiston, ME 04240-7799
                                                                                              TOTAL: 11
```

     ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
516617862*     +Bank Of America,   Nc4-105-03-14,   Po Box 26012,   Greensboro, NC 27420-6012
516617864*     +Bankamerica,   4909 Savarese Cir,   Tampa, FL 33634-2413
516617867*      Capital One,   P.O. Box 30285,   Salt Lake City, UT 84130-0285
516617873*      IRS,   PO Box 7346,   Philadelphia, PA 19101-7346
r             ##+Orrico Realty,   415 State Highway 34,   Colts Neck, NJ 07722-2523
                                                                                 TOTALS: 0, * 4, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: Aug 22, 2017
                              Form ID: 137             Total Noticed: 36
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 24, 2017                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 22, 2017 at the address(es) listed below:
              Andrew M. Lubin    on behalf of Creditor   Bank of America, N.A. bkecf@milsteadlaw.com,
               alubin@milsteadlaw.com
              Barry  Frost    trustee@teichgroh.com, NJ94@ecfcbis.com
              Brian W. Hofmeister    on behalf of Trustee Barry  Frost bwh@hofmeisterfirm.com
              Denise E. Carlon    on behalf of Creditor   U.S. Bank National Association, as Trustee for Banc of
               America Funding 2009-FT1 Trust, Mortgage Pass-Through Certificates, Series 2009-FT1
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Robert C. Nisenson    on behalf of Debtor Sharon  Sacks rnisenson@aol.com,
               nisensonlaw@aol.com;G2729@notify.cincompass.com;nisensonlaw@gmail.com
              U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
              William M.E. Powers, III    on behalf of Creditor   Bank of America, N.A. ecf@powerskirn.com
                                                                                             TOTAL: 7