UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

LAW FIRM OF BRIAN W. HOFMEISTER, LLC
By: Brian W. Hofmeister, Esq.
3131 Princeton Pike
Building 5, Suite 110
Lawrenceville, New Jersey  08648
(609) 890-1500
(609) 890-6961 - fax
bwh@hofmeisterfirm.com
Attorneys for Chapter 7 Trustee

| | |
|---|---|
| In Re: | Case No.: 17-11766 |
| SHARON SACKS | Chapter 7 |
| | Judge: CMG |

**Order Filed on September 20, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

# ORDER GRANTING FIRST AND FINAL ALLOWANCES TO
# LAW FIRM OF BRIAN W. HOFMEISTER, LLC

The relief set forth on the following page, numbered two (2), is hereby **ORDERED.**

**DATED: September 20, 2017**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

(Page 2)
Debtors: Sharon Sacks
Case No.: 17-11766- CMG
Caption of Order: Order Granting First and Final Allowances to the Law Firm of Brian W. Hofmeister, LLC

---

**AND NOW**, the Court finds the firm named below filed a first and final application for allowances; notice and opportunity for hearing were given to creditors and other parties in interest as required; and for good cause shown;

**IT IS ORDERED** that compensation and expenses are allowed as follows:

| **APPLICANTS** | **COMMISSION/FEES** | **EXPENSES** |
| --- | --- | --- |
| Law Firm of Brian W. Hofmeister, LLC<br>Counsel to Barry W. Frost,<br>Chapter 7 Trustee | $15,469.50 | $373.63 |