Form order – ntcorder

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 17−11766−CMG
Chapter: 7
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Sharon Sacks
  14 Hamilton Drive
  East Brunswick, NJ 08816

Social Security No.:
  xxx−xx−6657

Employer's Tax I.D. No.:

**NOTICE OF JUDGMENT OR ORDER**
**Pursuant to Fed. R. Bankr. P. 9022**

  Please be advised that on September 20, 2017, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 52 − 42
Order Granting Application For Compensation for Speed Financial Services, fees awarded: $5900.00, expenses awarded: $18.40 (Related Doc # 42). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 9/20/2017. (bwj)

  Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: September 20, 2017
JAN: bwj

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Sharon Sacks  
    Debtor

Case No. 17-11766-CMG  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 1      Date Rcvd: Sep 20, 2017  
                 Form ID: orderntc     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 22, 2017.  
acc          +Speed Financial Services,   99 Morris Ave.,   Springfield, NJ 07081-1421

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                  TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 22, 2017                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 20, 2017 at the address(es) listed below:  
        Andrew M. Lubin    on behalf of Creditor    Bank of America, N.A. bkecf@milsteadlaw.com, alubin@milsteadlaw.com  
        Barry   Frost     trustee@teichgroh.com, NJ94@ecfcbis.com  
        Brian W. Hofmeister     on behalf of Trustee Barry   Frost bwh@hofmeisterfirm.com  
        Denise E. Carlon    on behalf of Creditor    U.S. Bank National Association, as Trustee for Banc of America Funding 2009-FT1 Trust, Mortgage Pass-Through Certificates, Series 2009-FT1 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
        Robert C. Nisenson     on behalf of Debtor Sharon   Sacks rnisenson@aol.com, nisensonlaw@aol.com;G2729@notify.cincompass.com;nisensonlaw@gmail.com  
        U.S. Trustee.     USTPRegion03.NE.ECF@usdoj.gov  
        William M.E. Powers, III    on behalf of Creditor    Bank of America, N.A. ecf@powerskirn.com  
                                                                                                 TOTAL: 7