| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>LAW FIRM OF BRIAN W. HOFMEISTER, LLC<br>By: Brian W. Hofmeister, Esq.<br>3131 Princeton Pike<br>Building 5, Suite 110<br>Lawrenceville, New Jersey  08648<br>(609) 890-1500<br>(609) 890-6961 - fax<br>bwh@hofmeisterfirm.com<br>Attorneys for Chapter 7 Trustee | <br>**Order Filed on September 20, 2017<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In Re:<br><br>SHARON SACKS | Case No.: 17-11766<br><br>Chapter 7<br><br>Judge: CMG |

# ORDER GRANTING FIRST AND FINAL ALLOWANCES TO
# LAW FIRM OF BRIAN W. HOFMEISTER, LLC

The relief set forth on the following page, numbered two (2), is hereby **ORDERED.**

**DATED: September 20, 2017**

_____
Honorable Christine M. Gravelle
United States Bankruptcy Judge

Case 17-11766-CMG    Doc 54    Filed 09/22/17    Entered 09/23/17 00:36:45    Desc Imaged
Certificate of Notice    Page 2 of 3

(Page 2)
Debtors:      Sharon Sacks
Case No.:     17-11766- CMG
Caption of Order:    Order Granting First and Final Allowances to the Law Firm of Brian W. Hofmeister, LLC

___

**AND NOW**, the Court finds the firm named below filed a first and final application for allowances; notice and opportunity for hearing were given to creditors and other parties in interest as required; and for good cause shown;

**IT IS ORDERED** that compensation and expenses are allowed as follows:

| **APPLICANTS** | **COMMISSION/FEES** | **EXPENSES** |
| --- | --- | --- |
| Law Firm of Brian W. Hofmeister, LLC<br>Counsel to Barry W. Frost,<br>Chapter 7 Trustee | $15,469.50 | $373.63 |

United States Bankruptcy Court
District of New Jersey

In re:   
Sharon Sacks   
    Debtor

Case No. 17-11766-CMG   
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin    Page 1 of 1    Date Rcvd: Sep 20, 2017  
                   Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 22, 2017.  
db          +Sharon Sacks,   14 Hamilton Drive,   East Brunswick, NJ 08816-2709

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                        TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 22, 2017                                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 20, 2017 at the address(es) listed below:  
        Andrew M. Lubin    on behalf of Creditor    Bank of America, N.A. bkecf@milsteadlaw.com, alubin@milsteadlaw.com  
        Barry   Frost     trustee@teichgroh.com, NJ94@ecfcbis.com  
        Brian W. Hofmeister     on behalf of Trustee Barry   Frost bwh@hofmeisterfirm.com  
        Denise E. Carlon    on behalf of Creditor    U.S. Bank National Association, as Trustee for Banc of America Funding 2009-FT1 Trust, Mortgage Pass-Through Certificates, Series 2009-FT1 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
        Robert C. Nisenson    on behalf of Debtor Sharon   Sacks rnisenson@aol.com, nisensonlaw@aol.com;G2729@notify.cincompass.com;nisensonlaw@gmail.com  
        U.S. Trustee.     USTPRegion03.NE.ECF@usdoj.gov  
        William M.E. Powers, III    on behalf of Creditor    Bank of America, N.A. ecf@powerskirn.com  
                                                                                                              TOTAL: 7