| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| Caption in Compliance with D.N.J. LBR 9004-2(c)<br>Barry W. Frost<br>3131 Princeton Pike<br>Building 5, Suite 110<br>Lawrenceville, NJ 08648<br>Chapter 7 Trustee | **Order Filed on October 17, 2017<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In Re:<br>SHARON SACKS<br>SS # XXX-XX-6657<br><br>SS # | Case No.: 17-11766<br><br>Judge: Gravelle, Christine M. |

ORDER AWARDING TRUSTEE'S COMPENSATION AND EXPENSES
The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**

**DATED: October 17, 2017**

*Christine M. Gravelle*

Honorable Christine M. Gravelle
United States Bankruptcy Judge

**Page 2**
Debtor: SACKS, SHARON
Case No.: 17-11766-CMG
Caption of Order: Order Awarding Trustee's Compensation and Expenses

---

     Upon consideration of the foregoing application for compensation and after notice as prescribed by bankruptcy Rule 2002 to all parties in interest, it is ORDERED, that the sum of $5,909.34 is reasonable compensation for the services in this case by Barry W. Frost, trustee; that such sum does not exceed the limitations prescribed by section 326 of the Bankruptcy Code, that $62.74 is reasonable for actual and necessary expenses advanced by the trustee; and that such sums are awarded to the trustee.