| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| Caption in Compliance with D.N.J. LBR 9004-2(c)<br>Barry W. Frost<br>3131 Princeton Pike<br>Building 5, Suite 110<br>Lawrenceville, NJ 08648<br>Chapter 7 Trustee | Order Filed on October 17, 2017<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br>SHARON SACKS<br>SS # XXX-XX-6657<br><br>SS # | Case No.: 17-11766<br><br>Judge: Gravelle, Christine M. |

ORDER AWARDING TRUSTEE'S COMPENSATION AND EXPENSES
The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**

**DATED: October 17, 2017**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

**Page 2**
Debtor: SACKS, SHARON
Case No.: 17-11766-CMG
Caption of Order: Order Awarding Trustee's Compensation and Expenses

---

      Upon consideration of the foregoing application for compensation and after notice as prescribed by bankruptcy Rule 2002 to all parties in interest, it is ORDERED, that the sum of $5,909.34 is reasonable compensation for the services in this case by Barry W. Frost, trustee; that such sum does not exceed the limitations prescribed by section 326 of the Bankruptcy Code, that $62.74 is reasonable for actual and necessary expenses advanced by the trustee; and that such sums are awarded to the trustee.

United States Bankruptcy Court
District of New Jersey

In re:  
Sharon Sacks  
    Debtor

Case No. 17-11766-CMG  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Oct 17, 2017  
                    Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 19, 2017.  
db          +Sharon Sacks,   14 Hamilton Drive,   East Brunswick, NJ 08816-2709

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                               TOTAL: 0

             ***** BYPASSED RECIPIENTS *****  
NONE.                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 19, 2017                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 17, 2017 at the address(es) listed below:  
       Andrew M. Lubin    on behalf of Creditor    Bank of America, N.A. bkecf@milsteadlaw.com, alubin@milsteadlaw.com  
       Barry Frost    trustee@teichgroh.com, NJ94@ecfcbis.com  
       Brian W. Hofmeister    on behalf of Trustee Barry Frost bwh@hofmeisterfirm.com  
       Denise E. Carlon    on behalf of Creditor    U.S. Bank National Association, as Trustee for Banc of America Funding 2009-FT1 Trust, Mortgage Pass-Through Certificates, Series 2009-FT1 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
       Robert C. Nisenson    on behalf of Debtor Sharon Sacks rnisenson@aol.com, nisensonlaw@aol.com;G2729@notify.cincompass.com;nisensonlaw@gmail.com  
       U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
       William M.E. Powers, III    on behalf of Creditor    Bank of America, N.A. ecf@powerskirn.com  
                                                                                          TOTAL: 7